IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Tyson Fisher, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-01157-CV-W-HFS |
| DNA Diagnostics Center, Inc., d/b/a GTLDNA Genetic Testing Laboratories, | ) |
| Defendants. | ) |

**ORDER**

Plaintiffs requested a stay of all proceedings to secure new counsel after their former attorney withdrew due to a conflict of interest. The Court entered a stay of all proceedings until March 11, 2020 in order to allow plaintiffs time to secure new counsel. There has been no entry of appearance for either plaintiff. It is hereby ORDERED that the parties file a joint status report advising the Court of the status of this case within sixty days of this ORDER.

                                                       */s/ Howard F. Sachs* .
                                                       HOWARD F. SACHS
                                                       UNITED STATES DISTRICT JUDGE

March 19, 2020
Kansas City, Missouri