Tyson Fisher
500 Eagle Glen Drive
Raymore, MO 64083

RECEIVED
2020 APR 27 PM 1:42
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

U.S. District Courthouse
400 E. 9th Street
Kansas City, MO 64106



SCREENED BY
U.S. MARSHALS

Case 4:16-cv-01157-HFS   Document 57-1   Filed 04/27/20   Page 1 of 1